IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MOSES L. SMITH, | : | |
| a/k/a TYRE SMITH | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TODD BUSKIRK | : | NO. 12-4259 |

## ORDER

AND NOW, this 21st day of January 2015, after consideration of Defendants' motion for summary judgment and materials submitted in support thereof (Docs. 87, 88 & 90), and Plaintiff's response (Doc. 92), and for the reasons explained in the accompanying Memorandum, it is HEREBY ORDERED that the motion is GRANTED and JUDGMENT IS ENTERED in favor of Defendant Todd Buskirk and against Plaintiff Moses L. Smith a/k/a Tyre Smith.

BY THE COURT:

/s/ELIZABETH T. HEY
_____
ELIZABETH T. HEY, U.S.M.J.